■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH A. ARBIA, Appellant.—Ordered that the judgment of the Supreme Court, Suffolk County (Corso, J.), rendered April 21, 1980, is affirmed (see, People v Joseph W. B., 125 AD2d 480 [decided herewith]). Thompson, J. P., Rubin, Lawrence and Kunzeman, JJ., concur.